IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BROTHER IREGOUS PARKS BEY,

Petitioner,

v.

JAMES N. CROSS,

Respondent.                                               No. 12 - CV - 00589 DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court is petitioner Brother Iregous Parks Bey's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). Petitioner, an inmate at the Federal Correctional Center in Greenville, Illinois, seeks immediate release from custody. He says he is a descendant of the ancient Moabites (Moroccans). He attests that he is a citizen of the universal sovereign Allah; that he is a Moslem under the divine laws of the Holy Koran of Mecca; and that he is not, and never has been, property of the United States of America, so there can be no trustee relationship between the warden, James N. Cross, and petitioner. He attaches an affidavit which, he says, is a public act and "judicial proceeding" of the Moorish Science Temple of America, and which must be given the full faith and credit under Article IV of the United States Constitution. He says he is a citizen of a foreign state, the Moorish Science Temple of America. Therefore, petitioner claims that this Court lacks personal and subject-matter jurisdiction over him.

The Court finds that petitioner's motion is frivolous and, indeed, it is too frivolous to invoke federal subject-matter jurisdiction. *See Blake-Bey v. Cook Cnty., Ill.*, 438 Fed. App'x 522, 522–23 (7th Cir. 2011) (affirming district court's dismissal of complaint brought by adherents of the Moorish Science Temple of America claiming to be citizens of a Moroccan Empire); *Hagans v. Lavine*, 415 U.S. 528, 536–37 (1974); *In re African–*

*American Slave Descendants Lit.*, 471 F.3d 754, 757 (7th Cir. 2006). This action is **DISMISSED WITH PREJUDICE**. Petitioner's pending motion to supplement (Doc. 5) is **DENIED** as moot. The Clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 10th day of September, 2012.

Digitally signed by
David R. Herndon
Date: 2012.09.10
13:08:59 -05'00'

**Chief Judge**
**United States District Court**