IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BROTHER IREGOUS PARKS BEY, )
)
    Petitioner, )
)
vs. ) CIVIL NO. 12-cv-589-DRH
)
JAMES N. CROSS, )
)
    Respondent. )
)

# JUDGMENT

This action came before the Court, Chief District Judge David R. Herndon, for preliminary consideration of Petitioner's application for writ of habeas corpus. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is dismissed with prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

**DATED**:    September 10, 2012

                                 NANCY J. ROSENSTENGEL, CLERK

                                 By: s/ Sandy Pannier
                                 Deputy Clerk

Digitally signed by David R. Herndon
Date: 2012.09.10 14:35:02 -05'00'

APPROVED: _____
Chief Judge
United States District Court